# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 00-2133

———————

| | |
|---|---|
| United States of America, | * |
| | * |
| Appellee, | * |
| | *   Appeal from the United States |
| v. | *   District Court for the |
| | *   Eastern District of Arkansas. |
| Halbert Bell, | * |
| | *   [UNPUBLISHED] |
| Appellant. | * |

———————

Submitted:  August 22, 2000
Filed:  October 16, 2000

———————

Before McMILLIAN, BRIGHT, and BEAM, Circuit Judges.

———————

PER CURIAM.

Halbert Bell pleaded guilty to possessing a firearm, having previously been convicted of three violent felonies, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). The district court[1] sentenced him to 180 months' imprisonment (the statutory minimum) and three years' supervised release. On appeal, Bell's counsel has filed a brief and moved to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967).

———————

[1] The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

Although Bell was granted permission to file a pro se supplemental brief, he has not done so.

After review of counsel's <u>Anders</u>' brief, along with our independent review of the record in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we conclude that there are no non-frivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.